SEKI, NISHIMURA & WATASE, LLP
Janet L. Keuper (SBN 128417)
Andrew C. Pongracz (SBN 258554)
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871
Email: jkeuper@snw-law.com

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VAN GORDON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES COUNTY, a governmental entity; STEPHANIE MEDINA, an individual; F. WEINAT, an individual; EDUARDO SANCHEZ, an individual; WALTER ESTEVEZ, an individual; S. AGUILAR, an individual; LT. T. HOANG, an individual; SGT. FERREIRA, an individual; and DOES 1 – 50, inclusive, <br><br> Defendants. | Case No.: 2-16-cv-04299 FMO (JCx) <br><br> (Hon. Fernando M. Olguin) <br><br> **MODIFIED STIPULATED PROTECTIVE ORDER** <br><br> Action Filed:  June 16, 2016 |

The parties, having filed a Stipulation for Protective Order, and good cause appearing therefore, the protective order is hereby GRANTEDWITH THE FOLLOWING MODIFICATIONS:

///

1.  Paragraph 6 is modified to insert the following after "Subject to the provisions of Paragraph 7 below,": "and absent further order of the court,".

2.  Paragraph 13 is deleted and is replaced with the following: "To the extent a party wishes to file documents or materials which comprise or contain "CONFIDENTIAL" information, such party must comply with Civil Local Rule 79-5 and with any pertinent orders of the assigned District Judge and Magistrate Judge.  Such documents or materials may only be filed under seal pursuant to a court order authorizing the sealing of the specific documents or materials in issue."

3. Exhibit A is modified to insert "modified" before the word "Stipulation" wherever it appears.

DATED:  March 21, 2017          By:_____/s/_____
                                          HON. JACQUELINE CHOOLJIAN
                                          UNITED STATES MAGISTRATE JUDGE